No. 2,530.—GEORGE L. GAGNON, PLAINTIFF AND RESPONDENT, *v.* CHARLES H. FAGAN.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided March 9, 1908.

PER CURIAM.—Respondent's motion to dismiss the appeal herein, upon the ground that appellant has failed to file his transcript within the time allowed by law, is hereby sustained and the appeal ordered dismissed.

*Mr. L. P. Forestell,* and *Mr. I. A. Cohen,* for Respondent.

---

No. 2,488.—STATE OF MONTANA, PLAINTIFF AND RESPONDENT, *v.* GEORGE J. ROCK, DEFENDANT AND APPELLANT.

On motion to dismiss appeal.

Decided April 30, 1908.

PER CURIAM.—Upon motion of the attorney general, it is hereby ordered that the appeal herein be dismissed.

*Mr. Sydney Sanner,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.